IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Randolph, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | No. 22-cv-5845 |
| *-vs-* ) | |
| ) | *(Judge Kennelly)* |
| City of Chicago, et al., ) | |
| ) | |
| *Defendants.* ) | |

# JOINT STATUS REPORT

The parties, by counsel, submit this joint status report pursuant to the Court's Order of November 14, 2024:

## I. Discovery

This case is part of the Watts Coordinated Pretrial Proceedings, 19-cv-1717, a group of 186 cases that are coordinated for pretrial proceedings. Pursuant to Judge Valderrama's Order of November 12, 2024, "As of December 2, 2024, the Coordinated Pretrial Proceedings will be concluded and closed." (ECF No. 45.)

A great deal of discovery has already taken place in the Coordinated Proceedings, including *Monell* discovery, but the parties have not taken discovery specific to this case.

The parties anticipate that fact discovery specific to this case will be limited to any witnesses who have specific knowledge relevant to this case as

opposed to witnesses who were disclosed on more general topics in the Coordinated Proceedings. Specifically, the parties anticipate that Defendants will depose Plaintiff and any damage witnesses who are disclosed. Plaintiff will likely depose Defendants, although those depositions may not be necessary if the Defendants have no independent recollection about Plaintiff's arrest.

The parties also anticipate that expert discovery will be similar to the expert discovery that the parties have completed in the Coordinated Proceedings.

## II. Settlement

Counsel for plaintiffs in the Coordinated Proceedings and counsel for the City of Chicago recently discussed settlement with Magistrate Judge Finnegan. Both sides are interested in pursuing talks to determine whether settlement is possible. To that end, the parties recently discussed with Magistrate Judge Finnegan the possibility of a judge being designated to assist the parties in continuing settlement negotiations in these cases after Magistrate Judge Finnegan's retirement. Counsel for the parties are currently waiting to hear back from Magistrate Judge Finnegan regarding this issue.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604

(312) 427-3200
*attorneys for plaintiff*

/s/ Paul A. Michalik (by consent)
Daniel M. Noland
Terrence M. Burns
Paul A. Michalik
Katherine C. Morrison
Daniel J. Burns
Dhaviella N. Harris
Burns Noland LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090
*attorneys for defendants City of Chicago, Philip Cline, and Debra Kirby*

/s/ Brian P. Gainer (by consent)
Brian P. Gainer
Monica Burkoth
Lisa M. McElroy
Johnson & Bell, Ltd.
33 West Monroe St., Ste 2700
Chicago, IL 60603
(312) 372-0770
*attorneys for defendant Ronald Watts*

/s/ Eric S. Palles (by consent)
Eric S. Palles
Sean M. Sullivan
Lisa Altukhova
Mohan Groble Scolaro, PC
55 West Monroe St., Ste 1600
Chicago, IL 60603
(312) 422-9999
*attorneys for defendant Mohammed*

/s/ James V. Daffada (by consent)
James V. Daffada
Thomas M. Leinenweber
Michael J. Schalka
Leinenweber Baroni & Daffada LLC

-3-

      120 North LaSalle Street
      Suite 2000
      Chicago, Illinois 60602
      (312) 663-3003
      *attorneys for defendants Michael Spaargaren and Matthew Cadman*

/s/  Kelly M. Olivier (by consent)
      Special Assistant Corporation Counsel
      William E. Bazarek
      Andrew M. Hale
      Anthony E. Zecchin
      Jason M. Marx
      Kelly M. Olivier
      Hannah Beswick-Hale
      Hale & Monico LLC
      53 West Jackson Blvd., Ste 334
      Chicago, IL 60604
      (312) 341-9646
      *attorneys for remaining defendants*