IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Randolph, | ) |
| *Plaintiff* | ) ) ) ) No. 22-cv-5845 |
| -vs- | ) ) *(Judge Kennelly)* |
| City of Chicago, et al., | ) ) |
| *Defendants.* | ) |

## JOINT STATUS REPORT

The parties, by counsel, submit this joint status report pursuant to the Court's Order of February 14, 2025:

The parties have exchanged initial disclosures, and plaintiff has served the individual defendants with interrogatories. Defendants will answer plaintiff's interrogatories by April 30, 2025. Defendants are issuing interrogatories to plaintiff to be completed prior to the close of fact discovery. Defendants have issued subpoenas to the Cook County Department of Corrections, Cook County Adult Probation Department, Law Office of the Cook County Public Defender, Illinois Department of Corrections Intelligence Center, and the Illinois Department of Corrections.

The deposition of defendant Bolton is scheduled for April 28, 2025, the deposition of defendant Jones is scheduled for May 7, 2025, and the deposition of defendant Summers is scheduled for May 12, 2025. The deposition of James Randolph is scheduled for April 29, 2025 and the deposition of Roy Howard on

May 13, 2025. Defendants' investigation continues as to Plaintiff's public defender and other potential third party witnesses.

The parties are communicating about settlement of related cases with the assistance of Magistrate Judge Valdez. The next joint conference is scheduled for April 22, 2025.

    Respectfully submitted,

    [signatures on following page]

/s/  Joel A. Flaxman
    Joel A. Flaxman
    ARDC No. 6292818
    Kenneth N. Flaxman
    200 S Michigan Ave, Ste 201
    Chicago, IL 60604
    (312) 427-3200
    *attorneys for plaintiff*

/s/  Paul A. Michalik (by consent)
    Daniel M. Noland
    Terrence M. Burns
    Paul A. Michalik
    Katherine C. Morrison
    Daniel J. Burns
    Dhaviella N. Harris
    Burns Noland LLP
    311 S. Wacker Dr., Suite 5200
    Chicago, IL 60606
    (312) 982-0090
    *attorneys for defendants City of Chicago, Philip Cline, and Debra Kirby*

/s/  Brian P. Gainer (by consent)
    Brian P. Gainer
    Monica Burkoth
    Lisa M. McElroy
    Johnson & Bell, Ltd.

    33 West Monroe St., Ste 2700
    Chicago, IL 60603
    (312) 372-0770
    *attorneys for defendant Ronald Watts*

/s/  Eric S. Palles (by consent)
   Eric S. Palles
   Sean M. Sullivan
   Lisa Altukhova
   Mohan Groble Scolaro, PC
   55 West Monroe St., Ste 1600
   Chicago, IL 60603
   (312) 422-9999
   *attorneys for defendant Mohammed*

/s/  James V. Daffada (by consent)
   James V. Daffada
   Thomas M. Leinenweber
   Michael J. Schalka
   Leinenweber Baroni & Daffada LLC
   120 North LaSalle Street
   Suite 2000
   Chicago, Illinois 60602
   (312) 663-3003
   *attorneys for defendants Michael Spaargaren and Matthew Cadman*

/s/  Timothy P. Scahill (by consent)
   Timothy P. Scahill
   Steven B. Borkan
   BORKAN & SCAHILL, LTD.
   Two First National Plaza
   20 South Clark Street, Suite 1700
   Chicago, Illinois 60603
   (312) 580-1030
   *attorneys for defendant Ridgell*

/s/  Kelly M. Olivier (by consent)
   Special Assistant Corporation Counsel
   William E. Bazarek
   Andrew M. Hale
   Anthony E. Zecchin
   Jason M. Marx

Kelly M. Olivier
Hannah Beswick-Hale
Hale & Monico LLC
53 West Jackson Blvd., Ste 334
Chicago, IL 60604
(312) 341-9646
*attorneys for remaining defendants*